Trust Company of Chicago, Administrator of Estate of Alfonso Desiderio, Deceased, Appellee, v. Public Service Company of Northern Illinois, Appellant.

Gen. No. 42,217.

opinion filed November 6, 1944; rehearing denied November 21, 1944; released for publication November 24, 1944. Gardner, Morrow, Fowler & Merrick, for appellant; Walter M. Fowler, of counsel; Samuel J. Andalman, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.